THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD KELLEY, Appellant.

Submitted August 15, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZAHIRA MATOS, Appellant.

Submitted August 22, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON NARADZAY, Appellant.

Submitted July 5, 2011; decided September 13, 2011

Motion for reargument dismissed as untimely (see Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [see 11 NY3d 460 (2008)]. Motion for relief ancillary to the motion for reargument denied.